Geraldine P. Kuhns, Now Known as Geraldine P. Ellison, Plaintiff-Appellant, v. Donald P. Kuhns, Defendant-Appellee.

Gen. No. 53,167. (Abstract of Decision.)

First District, Third Division.

August 1, 1968.

Rosenberg & Kosin, of Chicago, for appellant; Jerome Berkson, of Chicago, for appellee. Opinion PER CURIAM. Not to be published in full.